UNITED STATES DISTRICT COURT FOR CENTRAL DIST

STEVEN D LISLE JR #R40159 ) Complaint
    v.    Plaintiff ) Civil Action No.
SUSAN PRENTICE )
    Defendants )

I.    JURISDICTION & VENUE

This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C Section 1331 and 1343 (a)(3) Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202 Plaintiffs claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure. The Central District of Illinois is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

II.    Plaintiffs

Plaintiff, Steven D Lisle JR, is and was at all times mentioned here in a prisoner of the State of Illinois in the custody of Illinois Department of Corrections. He is currently confined in Pontiac Correction Center in Pontiac Illinois.

| Defendants | Position/Title |
|---|---|
| Susan Prentince | Major |
| Pearce | warden |
| Smith | officer |
| Punke | Luitenet |
| Tod Nelson | Mental Health |

Address Po Box 99 Pontiac IL 61764

Each defendant stated above is sued individually and in his or her official capacity at all times mentioned in this compliant each defendant acted under the color of state law

III.    Previous Law Suits

State and Federal court law suits relating to imprisonment Small claims No. 16-cc-0607 Civil Complaints No. 15965 No. 16-cv-00422 No. 1600421 No. 16 cv 4212 No. 17-1158-CSB

SCANNED at PCC and E-Mailed
7/13/17 (date) by VK (initials)
7 (# of pages)

1

## IV. FACTS

During the Month of Feburary 2016 Lisle verbally advised Mental Health Counselor (Tod Nelson) during a routine visit in the East Cellhouse cell 6-18 That he feared for his life do to death threats made by his Cellmate Coffey. At this time Inmate Coffey stated out loud to Nelson that he was gone kill Lisle hog tie and beat Lisle and a Correctional officers ass. Nelson then Stated its better you Whop Lisle then a officer and walk off. Lisle then verbally informed (Susan Prentince) and (Liutenet Punke) during a routine walk throug the East cellhouse that he request to be moved to a different cell do to death threats being made by his cellmate at this time Coffey stated to Prentince and Punke that he was gone kill Lisle hog tie and beat Lisle and a Correctional officer ass. Prentince and Punke both stated We dont care Coffey can beat your ass all day long your not moving period and walk off Lisle then verbally informed (Smith) his 6th gallery officer that he request to be moved to a different cell do to death threats being made by his cellmate at this time Coffey stated to Smith that he was gone kill Lisle hog tie and beat Lisle and a Correctional officer ass. Smith then stated Im not gone move either one of you unless your dead and walk off. Lisle then Filed a "emergency" grievance on 2-11-16 requesting a cell change do to death threats made by his cellmate Coffey. Lisle also attach a money vocher requesting a return reciept do to mail being Certified See Exhibit 1 Lisle sent his grievance through the institutions mail. On 2-15-16 Coffey Assualted Lisle by choking him out and beating him with a property box and hog tied Lisle. Do to the assualt Lisle was tooken to the outside St. James Hospital. Inmates Seats, Sims, Tobias,      , heard Lisle request for a cell change do to death threats made by his cellmate and all officers stated above denied Lisle a cell change. Sims stated that Smith "laugh" about Lisle being assualted and stated out loud well it wasnt me. And Major Prentince stated She messed up Big Time do to the fact that Lisle requested for Prentince to move Lisle out the cell with Coffey do to Coffey stating he was gone assuealt Lisle to her. Coffey stated in a affidavit that he advised Nelson, Prentince, Punke. Verbally that he was gone kill assualt beat and hogtie Lisle and all parties refused to move Lisle and do to hearing voices that told him to assualt Lisle he carried out the assualt see Exhibit 2 Prentince, Punke, Nelson were Liable by failing to provide Lisle safety and knew Lisle was in harm where Coffey advised them he was gone kill Lisle and by Lisle advising all parties stated above his life was in danger where Prentince, Punke, Nelson did not respond reasonably where Lisle was assualted by coffey and sent to the hospital do to his injuries was subjective and objective Lisle was beat and hog tied for over 30 minutes and lost concinessness do to the assualt this violated

2

Lisle Eighth Amendment Cruel and unusual punishment and Failure to protect and deliberate Indifference where Panke, Prentince, Nelson knew of Lisle condition and did not respond to it in a reasonable manner. All facts stated in this complaint is true and correct see Exhibit 2. Where Lisle life was in danger and he wrote a emergency grievance advising the (Warden Pearce) that Coffey threating to kill him and asking for a cell change and by Pearce refusing to respond and reasonably provide Lisle safety made Pearce Liable and by Pearce marking Lisle grievance as a non emergency where Coffey threating to assault and kill Lisle, which was a emergency in which Lisle was later assualted violate Lisle Eighth Amendment Cruel and unusual punishment and Failure to protect and deliberate Indifference where Pearce knew of Lisle condition and did not respond to it in a reasonable maner. this was subjective and objective where Lisle was assualted by coffey and sent to the hospital do to his injuries Lisle was beat and hog tied for over 30 minutes and lost consciousness do to the assualt. See Exhibit 2

V. EXHAUSTION OF LEGAL REMEDIES

Plaintiff Steven D Lisle JR used the prisoner grievance procedure available at Pontiac Correctional Center to try and solve the problem. On 2-11-16 - 2-17-16 and 3-16-16 plaintiff Lisle presented the facts relating to this compliant on 2-21-16 plaintiff Lisle resubmited his grievance to grievance officer. During the month of march of 2016 the grievance officer replied and denied Lisle grievances. During the month of march 2016 or April 2016 Lisle appealed the denial of his grievances. see Exhibit 2

VI. Legal Claims

Plaintiff's reallege and incorporate by reference paragraphs 1-7 The Failure to Protect from beating and deliberate Indifference knowing of plaintiff condition and did not respond to it in a reasonable manner, violated Lisle rights and constituted Eighth Amendment Cruel and unusual punishment to the United States Constitution The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

VII. Prayer For Relief

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiff: A declaration that the acts and omissions described herein violated plaintiff rights under the Constitution

3

and laws of the United States A preliminary and permanent injunction ordering defendants (1) Transfer plaintiff to Stateville Correctional Center for placement (2) While on suicide watch or crisis watch plaintiff is to be housed only in the Pontiac or Menard or Stateville Correctional Health Care Unit. So that defendants can not use retiliatory actions against plaintiffs.

Compensatory damages in the amount of Punke 20,000$ Prentince 30,000$ Nelson 25,000$ Pearce 50,000$ Smith 30,000$ against each defendant Jointly and Severally Punitive damages in the amount of Punke 20,000$ Prentince 30,000$ Nelson 25,000$ Pearce 50,000$ Smith 30,000$ against each defendant.

A Jury trial on all issues triable by Jury Plaintiffs cost in this suit Any additional relief this Court deems Just, proper, and equitable

Dated: 7-11-17          respectfully submitted,
Steven Lisle Jr #R40159 Po Box 99 Pontiac IL 61764

### Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct. Executed at Pontiac IL 61764 on 7-11-17

Steven Lisle JR

## Exhibits

EX 1 receipt of Certified mail
EX 2 Affidavit Lisle

Print Date 7/7/2017

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Exhibit 1

-618
M

Posting Document # _____  Date 2-11-16

Offender Name Steven Dusie Jr   ID# R40159   Housing Unit E-6-16

Pay to _____

   Address _____

   City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of Certified mail return receipt

☐ I hereby authorize payment of postage for the attached mail.. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID# R40159

Witness Signature ____T._____ 3B3 02-15-16

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of ____1____ dollars and __20__ cents.

Entered FEB 18 2016
Pontiac Correctional Center
Trust Office

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)

STATE OF ILLINOIS     )
                      )          EXHIBIT 2
COUNTY OF             )
Livingston

## AFFIDAVIT

I __Steven D Lisle Jr #B40159__ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

I state all facts stated in the attach compliant are true and correct in Lisle v Prentince.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __7__ day of __July__ 2017

_____
                        Affiant